FILED _____   LODGED _____
RECEIVED _____   COPY _____

OCT 0 7 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Case: 2:19 cv 05719

Tyler Stanton vs. Rainbow Cotton Candy LLC

Address: 1654 W. Hazelwood st. Phoenix, AZ 85015

Phone: 623-374-1867

Date: 10/07/20

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  LRCWP S. 4
            (Rule Number/Section)

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler R. Stanton.<br><br>        Plaintiff.<br><br>vs.<br><br>Rainbow Cotton Candy LLC.<br><br>        Defendant. | No. CV-19-5719-PHX-SPL<br><br>**MOTION TO GRANT 72 HOUR STAY OF JUDGEMENT ON ANY PENDING MOTIONS BEFORE THE COURT AND / OR ANY ACTION ON THE CASE OF ANY KIND**<br><br>To allow for time to draft a detailed answer in response to the Defendant's motion to dismiss, that being taken from time being used to finalize other filings that were already being prepared to submit, in compliance with the court's order regarding a case status update and proposed future scheduling, which will, themselves show that the delay in their filing, was due to a good cause, and will be filed in good faith. |

Your Honor, I ask that you grant my motion to stay any judgments in my case, for at least 72 hours, given the extreme nature of the Defendant's Motion and not just the fact that I will show that it is entirely based on assertions, which are known to it's author, Mr. Hill to be completely false, (thankfully demonstrably so), but that he went so far as to actually recommend sanctions against me, I feel it is appropriate to allow me time to gather my breath and compose an answer submitting the true and actual facts, which support my position and heavily contradict the motion to dismiss, which I also maintain, appears as though it was filed improperly as well, as being untruthful. In addition, I was already working on a status update and a proposal for future scheduling, which I will also be submitting, and which I discuss more herein, but with the time afforded by Your Honor, in which my case would be

1

protected from any action which would be undertaken without all of the facts, and would further fill my plate with the need to respond, I will be able to draft a hearty answer to this baseless and offensive motion. I am further stressed and disheartened by what I will show are dishonest tactics and more maligning of my character for the sake of convenience and a chance to get out from under the liability of this case. I am somewhat unwell as each new stress affects an immune response, but I am working with my sister and I am diligently preparing to present the facts to the court. Please take into consideration too, that I am restricted to commuting down to the court and using a drop box, before 5 pm, as opposed to doing online filing, which even Pro Se petitioners will be able to do, when Arizona finally completes its upgrade to the "NextGen" version of PACER, but which is not expected to take place for several more months. The current version of PACER is my only access to see the docket, but not to file at this time. I am submitting an update on my own representation as well. I would also like to submit here for the record, that Mr. Hill and I, with my sister, spoke at length and he knows that not only are his allegations in his motion demonstrably false, but that he already knew about and has had full access to know about and review all information which he listed in his motion as being "new," information, due to all of the following: It was mentioned in prior conversations; it was mentioned in prior filings in this case; it was detailed at length in the EEOC investigation and report, and findings which is attached to the original complaint in this case and of which he admitted to having possession independently, (he even stated that he had poured over every aspect of it in great detail, and has had it since before this case was filed); and Mr. Hill stated that he has had ample opportunity to review it following conversations wherein it was relevant; and it was even mentioned at the settlement conference as well. Furthermore, Mr. Hill knew from our prior conversations that, for reasons having nothing to do with the

nonsense reasons he falsely stated in his motion, but due to the real and actual events and circumstances, and governing statutes, I showed him that we do not and never did have, an agreement on June 8th 2020, and most certainly not according to any altered terms that were later presented in the first proposed settlement agreement. Per Rule 80(d), Ariz.R.Civ.P.: "Agreement or consent of counsel or parties. No agreement or consent between parties or attorneys in any matter is binding if disputed, unless it is in writing, or made orally in open court, and entered in the minutes." After I explained the reality of the actual circumstances, stated that I could demonstrate them to be true, and stated the applicable statute which makes it clear that we do not and did not not have a valid settlement, and most certainly would have not have had one under a different version of terms, only presented later, my understanding was that Mr. Hill conceded this point. I think that fact is further demonstrated by the fact that he initially intended to file a motion to ask the court to uphold the proposed unsigned settlement agreement or to dismiss on the grounds that the Plaintiff was refusing to consummate it without grounds. That fact can be verified by his own words on the first page of the first draft of the 2nd proposed settlement agreement which he also attached to his motion. However, he did NOT file on those grounds of enforcement at all, following our conversation and that fact is telling. Moreover, I think that he is concerned for his client's position in reality and that is due to some of the most relevant facts discussed in our conversation, which he did NOT mention in his motion, which was the fact that I had to inform him of some very recent findings, which are publicly available, but which imply that his client Rainbow Cotton Candy LLC, has been either dishonest with him and with the court, or perhaps, if he was aware, then they both, client and counsel, it appears may have been dishonest and have been withholding relevant information from the court. To be clear, those discoveries, that were just made

by the Plaintiff and just shared with the opposition, as is proper and timely, are totally unrelated to what Mr. Hill mentions in the Defendant's motion to dismiss. The Motion to Dismiss itself completely and knowingly misrepresents the Plaintiff's position, knowingly distorts facts, draws false conclusions and is libelous in its claims that the Plaintiff was seeking any more in more damages in relation to anything at all, let alone any information or documents which, themselves are not new and which Mr. Hill clearly knew to exist, from the multiple sources and occasions listed above, as well as just by common sense. Plaintiff's position has remained the same and has never wavered or increased, ever. Plaintiff's position is and has been based on the one and only, true and valid agreement that was reached on June 8th 2020, the actual terms of which, oddly, WERE NOT DOCUMENTED IN THE RECORD, NOT BY RAINBOW, NOR JUDGE BOYLE, nor did anyone ask me to sign a summary of terms, which is perfectly common, and was their burden to require. Being willing though, at first sight of a summary, I would have caught the supposed miscommunication or as I suspect, it could not have been attempted to be fraudulently infused at some point. However, I will be able to substantiate in my upcoming motions, the real terms and my positions, (which are one and the same), to be, as they always have been, just as I said they were and that I would not have agreed to anything else. For the record, in my prior pleadings, I had asked for a hearing and had purposefully not listed details of either side's version of any specific terms of the disputed settlement, because it was my intention, in good faith, to honor the potential "would be" terms of a future non-disclosure clause, in a proper and accurate settlement agreement, whenever it may be have been reached. However, now that Rainbow has added proposed terms to the open record, that frees me up to be even clearer in my upcoming filings, which explain the status of the case and exactly where the nature of any differences in "understanding" of terms stemmed from. In no way

4

did they stem from me, or any change from me, nor were they due to any impropriety on my part which I can thankfully demonstrate. I am shocked at how Mr. Hill has taken advantage of a totally improper opportunity to be dishonest, following and left vulnerable by, Mr. Enoch's own misconduct and departure from the case, but Mr. Hill did know that I can demonstrate the veracity of my claims, and I know that he can not meet the burden of proving his. Furthermore, Mr. Hill knows that the fact that we do not have a valid settlement, as is confirmed by the statute that governs them, does not stem from any matter that must instead be "resolved between my former counsel and myself." Mr. Hill knows that the reason we do not have a settlement nor an enforceable agreement is straightforward, valid, and immutable. Mr. Hill also knows that I am preparing to submit to the court, the status on that and all other relevant matters within the case. This will demonstrate that my unwavering position has been maintained ever since the June 8th 2020 conference, and before in fact, with no deviation, and was expressed unequivocally, first to Mr. Enoch initially, and then to Mr. Hill, who absolutely knows better and is fully aware of the true nature of the origin of the "difference" between the two supposed understandings of the terms. Mr. Hill also knows that his shamefully false narrative about the Plaintiff claiming that the dispute resulted from the Plaintiff "leaving early," from the settlement conference, as he chose to describe it, is outrageous. Mr. Hill also knows that the origin and nature of the dispute, also amounts to nothing at all done wrong on the part of the Plaintiff, whatsoever, and regardless, that the Plaintiff, being present at their conference, is STILL the only entity who can set and agree to settlement terms and when to stipulate a dismissal of a lawsuit, including by way of their agent. I would like to also remind the court, which can now likely be verified in whatever version of the first proposed settlement contact which was also submitted by Mr. Hill with his motion, that there were two undisputed

5

terms to which both sides agreed, was the fact that the case would not be dismissed without prejudice until the Plaintiff received payment, cleared through the bank, as well as a 7 day right of revocation. It is also dishonest and inaccurate to say that the Plaintiff rejected the 2nd settlement agreement which was proposed at the last minute on October 1st 2020. The truth is Mr. Hill kept us, (my sister and myself) waiting throughout the weekend, as he was supposed to be correcting and amending that contract, and sending it back to reflect at least two definite changes and two proposed changes, one made by me and one by him. He said would make the agreed upon changes immediately, and otherwise, he was waiting to confirm with Mr. Wolf who was "traveling," regarding the one change that HE, Mr. Hill was proposing. Then the motion to dismiss came out of nowhere without the promised return of contact, whether affirmative or negative regarding Mr. Wolf's position on his proposed change. This feels deliberate and underhanded. To be clear, the only two agreed upon terms, which he committed to add back, which came from the prior negotiations, and which he simply unintentionally forgot to include in this draft, were the following: 1) The fact that both parties agree that case will not be dismissed with prejudice until after the Plaintiff, personally received payment, which has cleared from the bank; and 2) A 7 day right of revocation in the contract.  Mr. Hill, knows that separately, I am disputing Mr. Enoch's legal fees for cause, due to clear wrong doing, much of which the court is yet unaware, but otherwise, absent any wrongdoing, my only agreement was that Rainbow would be paying legal fees. Being sensitive to our position and upcoming litigation against Mr. Enoch, Mr. Hill ALSO agreed to remove any mention of legal fees in the newest version of the contract, but wanted to find a way to word it, so that it would not create liability for his client, but also in a way that I would be satisfied that it was truthful and proper, and that it did not contradict my actual original agreement. My grievances against Mr. Enoch

6

stem from legitimate harm and malpractice he committed and  DO NOT stem IN ANY WAY from a desire not to pay legal fees for which I would otherwise be responsible, nor for any desire to keep him from getting paid a fair wage to avoid responsibility. I will be seeking a waiver of his fees for cause, regardless of Rainbow always having been responsible to pay them. I can see the potential for action taken against Mr. Enoch by Rainbow too possibly. In my last offer to Rainbow on the proposed new contract I offered to be extremely flexible to give Rainbow time to cover both commitments, to me and to the possibility of legal fees, even offering an extra year so that for the first 12 months they would not be out a penny more than they ever expected to be under their false version of the agreement terms, thus giving them a year buffer in which the fee matter would quite possibly be resolved and eliminated before they ever paid anything towards it, and which made the schedule so much easier to absorb as a simple continuation of the same monthly figure, and lastly, my position was that we should tell the truth, and that while the fees are being disputed, the money that Rainbow would otherwise owe for legal fees, would just slowly accrue in payments into a trust until the matter is settled. Mr. Enoch was not opposed to that arrangement either. Mr. Hill countered that Rainbow could pay more upfront, $30,000 which is more than the original up front offer of half of the $50,000 settlement, which they still fully acknowledged was going entirely to me, but the remaining $20,000 which the agreement would say I am owed, still with no mention of any legal fees in the contract, instead of coming to me directly, would sit in a trust account waiting for an outcome on the cause finding, against Mr. Enoch. That counter offer made by Mr. Hill, was neither accepted nor denied, because among other issues, is was not yet clear that is was valid, though Mr. Hill felt very confident that Mr. Wolf would approve it, and THAT is what Mr. Hill was waiting for, to reach Mr. Wolf for approval all weekend long, through Monday,

7

locking us into a holding pattern. However, in no way was the offer of a slightly higher amount, up front, anything suggested by the Plaintiff, it had been an idea floated by Mr. Hill himself. That also was in no way connected to any threat of disclosure of documents or damaging information and it feels very desperate to claim so, as well as being improper. Also, after not hearing from Mr. Hill as promised on the offer and final contract, I began preparing filings to update Your Honor on the case status, including matters of my future representation, because Mr. Hill after implying that he would cooperate earlier in the week, ultimately, flat refused to comply with the court's order of creating a joint filing regarding status and proposed scheduling. So, I prepared and began to draft a filing in compliance on my own. I then saw Mr. Hill's shameful motion to dismiss regarding undeclared documents.  So, I must say, in addition, it is early and this case was ushered into a settlement conference, well prior to discovery deadlines, which are in December 2020. Nothing in terms of the documentation which was discussed in our conversations as it relates to the Plaintiff and Rainbow Cotton Candy LLC, and in terms of what was mentioned in Mr. Hill's motion, is outside of the scope of what was disclosed and what would be able to be produced by declared witnesses, who are listed for that purpose.So, if Mr. Hill objects to them being used in the case, then he must follow protocol and after conferring with me, to make a good faith attempt at resolution, which he did not, he can then petition the court for assistance in resolving the matter, which he did not. He is not supposed to move for dismissal on these grounds without also submitting an attachment certifying that he addressed this issue with me in good faith, and he did not. Furthermore his motion comes as a total surprise. "Discovery Disputes: Discovery disputes are strongly discouraged. Parties shall not present any discovery dispute without first seeking to resolve the matter through personal consultation and sincere effort as required by LRCiv 7.2(j). In the event the

parties cannot reach a resolution, they may jointly request assistance by contacting the Court to request a hearing on the dispute; the parties shall not file written discovery motions without leave of Court. The Court will seek to resolve the dispute during the hearing, and may enter appropriate orders on the basis of the hearing or may order written briefing. If the Court orders written submissions, the parties shall include a statement certifying that counsel could not satisfactorily resolve the matter after personal consultation and sincere efforts to do so in accordance with Local Rule 7.2(j).

Finally, I find that find that I, as Plaintiff am not in violation of any order and Mr. Hill never believed that I was. However, I believe only Mr. Hill is in violation of any order, if any party is, because his violation was willful when he refused to create a joint filing with me, as ordered, especially given the fact that  compliance with that order does not preclude him from filing any other motion as well. His motion to dismiss, as far as I can tell, was filed improperly, without the required attachment which certifies that a required step was taken which he also skipped. This  apparent lack of proper form is compounded for me, by the fact that it is just patently false and offensive. I again ask that Your Honor, grant my motion to stay any judgments in this case for at least 72 hours, hopefully being moved in seeing this, and other examples I will submit, of what I consider to be improper actions on the part of Mr. Hill. It seems that Mr. Hill has not resisted temptation to advantage of the fact that I was not represented by counsel, as I was, at the time, awaiting the sooner of two developments: either the outcome of my motion for a hearing on that matter, or for the soon upcoming opening in the immediate schedules of two different attorneys, willing to help me through the end of this matter, among many more I contacted who wished me well and all of whom offered to at least, represent me in a case against Mr. Enoch. I thank Your Honor for his time and consideration in this and all prior matters.

9

10/07/2020