Case: 2:19 cv 05719

Tyler Stanton vs. Rainbow Cotton Candy LLC

Address: 1654 W. Hazelwood st. Phoenix, AZ 85015

Phone: 623-374-1867

Date: 10/15/2020

FILED ____ LODGED
____ RECEIVED ____ COPY

OCT 1 5 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  LRCiv P 5.4
(Rule Number/Section)

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Tyler R. Stanton,

        Plaintiff,

vs.

Rainbow Cotton Candy LLC.

        Defendant.

No. CV-19-5719-PHX-SPL

**URGENT ADDENDUM TO:**

MOTION TO GRANT 72 HOURS STAY OF JUDGMENT ON
ANY PENDING MOTIONS BEFORE THE COURT AND / OR
ANY ACTION ON THE CASE OF ANY KIND

and

NOTICE REGARDING TIMELINE THEREIN

I wanted to update the court regarding my soon to be submitted filings which include a 1) case status update, 2) proposed scheduling and 3) a formal answer to the opposition's motion to dismiss. I need to report that due to circumstances beyond my control or ability to anticipate, I was unable to meet the minimum timeline of 72 business hours as I had previously estimated, in which to submit these filings. This can be resolved within 24 to 48 hours and I ask the court to extend a stay of judgement on any pending motions, until I can submit my filings for material consideration. I had asked the court for at least 72 hours to be able to research and draft my filings in a sincere belief that I, with my sister's assistance, would be able to accomplish that and we nearly have, however, we were taken completely out of productivity for roughly the last two days by an unfortunate and unanticipatable bout of food poisoning. There was no way to know it was lurking on the horizon but in

this era of increased dependency on delivery food, we just got unlucky. We were very nearly finished however, when it struck and we just needed to finalize our drafts and put them in the proper format for submission, which still falls on me for the moment, as a pro se petitioner, until shortly when I can have an attorney taking over these tasks, as needed. I am happy to say that I eagerly anticipate the submissions of my upcoming filings in to the court record, because they will illuminate in clear detail, what could not easily be fully addressed before the court, prior to now, due to my caution and good faith intent to protect the integrity of a potential future confidentiality agreement. Thankfully, the burden of this precaution was essentially lifted, when most of the areas and topics of concern, were actually introduced and revealed by the opposition, themselves, in the form of attachments in the prior motion, and otherwise in deceptive commentary, as their submissions have been composed in a manner with the intent to accomplish misleading the court, which I will also be demonstrating within these upcoming filings. Thus, it is my intent to notify the court and all involved parties that I anticipate my aforementioned filings to be submitted within 24 to 48 hours at most, and I reiterate my request to Your Honor, to stay any rulings and judgments in the case until these filings have been submitted and reviewed by Your Honor, for his consideration, prior to any upcoming rulings as they are an imperative contribution to the facts in the case and are material to all pending motions as well. Thank you for your time in this and all prior considerations.

10/15/2020