**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler R. Stanton,<br><br>    Plaintiff,<br>vs.<br><br>Rainbow Cotton Candy LLC,<br><br>    Defendant. | No. CV-19-05719-PHX-SPL<br><br>**ORDER** |

  Before the Court is Defendant Rainbow Cotton Candy LLC's Motion to Dismiss, with Prejudice, for Violating Repeated Court Orders (Doc. 47), filed pursuant to Federal Rules of Civil Procedure 16(b) and 37(b) on October 5, 2020. For the following reasons, the Motion is granted.

  The failure of Plaintiff to respond to the Motion to Dismiss may in the discretion of the Court be deemed as consent to the granting of that Motion without further notice, and judgment may be entered dismissing the complaint and action with prejudice pursuant to LRCiv 7.2(i). *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (per curiam). Here, Plaintiff filed a Motion to Stay Judgment on Any Pending Motions (Doc. 48) as well as an Addendum (Doc. 49) in which he stated he would need more time to file a substantive response to Defendant's Motion to Dismiss. (Doc. 49 at 1–2) The Court gave Plaintiff far more time than is typical to file his response; Plaintiff had until November 4, 2020, which was a day shy of a month after Defendant filed its Motion. Plaintiff has not met the extended deadline provided by the Court and thus the Court takes his silence as consent to

the granting of the Motion to Dismiss.

Regardless of Plaintiff's failure to submit a response, Defendant's Motion is well taken by the Court and under the circumstances, Plaintiff's failure to cooperate with the Court's settlement conference order (Minute Entry 29) warrants the dismissal of the case. *See Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 484 (D. Ariz. 2003) (failure to comply with a settlement conference order warrants harsh sanctions imposed by district court).

Therefore,

**IT IS ORDERED** that Defendant's Motion to Dismiss with Prejudice, for Violating Repeated Court Orders (Doc. 47) is **granted** and Plaintiff's Complaint (Doc. 1) is dismissed **with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

Dated this 5th day of November, 2020.

Honorable Steven P. Logan
United States District Judge